PER CURIAM.
Arkansas inmate Catherynne Whtyefawn Kendrick appeals following the district court’s disposition of her claims against Sergeant Lavonda K. Donavion, the sole remaining defendant in this 42 U.S.C. § 1983 action. Upon careful review, we conclude that Kendrick administratively exhausted her constitutional claims arising from the confiscation of her Catholic Bible, rosary beads, and other religious materials during a November 2007 cell shakedown, and the subsequent failure to return these items. We also conclude that—-on the present record—trialworthy issues exist on these claims. See Montin v. Estate of Johnson, 636 F.3d 409, 412 (8th Cir.2011) (summary judgment standard of review); King v. Iowa Dep’t of Corr., 598 F.3d 1051, 1052 (8th Cir.), cert. denied, — U.S.—, 131 S.Ct. 499, 178 L.Ed.2d 296 (2010) (de novo review of administrative exhaustion).
Accordingly, we reverse as to the claims against Donavion, and we remand for further proceedings consistent with this opinion. We also grant appellee Corporal Sarah E. Martin’s motion to dismiss; we deny Kendrick’s motion to “reinstate” Martin; and we deny Kendrick’s remaining motions for relief, which in part raise claims and allegations that can be addressed on remand.